# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JEAN HUDSON,<br>　　　Plaintiff<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　Defendant. | Case No. 2:16-CV-00807-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: August 31, 2016    _____
　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE